# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00606-CV

**Joe Payton, Appellant**

**v.**

**Christy Wallace, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT
### NO. 23,857, HONORABLE JOHN L. PLACKE, JUDGE PRESIDING

The parties have filed an agreed motion to reverse and remand. We therefore reverse and remand the cause for a new trial in accordance with the parties' settlement agreement.

Jan P. Patterson, Justice

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Reversed and Remanded

Filed: December 20, 2001

Do Not Publish